UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

TONYA D. WILLIAMS,                                         No. 05-14654

                              Debtor(s).
_____/

Memorandum on Motion to Dismiss
_____

       The U.S. Trustee has moved the court for dismissal of this Chapter 7 case, arguing that the debtor is not eligible for relief  because she failed to obtain credit counseling within the 180 days prior to her bankruptcy as required by  § 109(h) of the Bankruptcy Code.  The debtor admits that she did not comply with the requirement because she had no knowledge of it, but asks for the court for an extension of time to complete the requirement after filing.

       The court has the equitable power to waive the requirement only in a very narrow range of circumstances.  Unless a debtor is disabled or in a military combat zone, the only way the court can excuse her is if there were exigent circumstances *and* the debtor sought counseling services before filing. Failure to seek credit counseling before filing is a "fatal flaw" which mandates dismissal.  *In re Watson,* 332 B.R. 740, 745-46 (Bkrtcy.E.D.Va.2005).  Thus, even if the debtor has exigent circumstances the court is powerless to grant her relief.

       For the foregoing reasons, the motion will be granted.  Counsel for the U.S. Trustee shall submit an appropriate form of order.

Dated:  February 17, 2006

Alan Jaroslovsky
U.S. Bankruptcy Judge